RECEIVED & FILED

NOV 3  11 51 AM '11

U.S. BK...
MARY A. SCH... CLERK

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | ) Case No. BK-S-10-22797 BTB |
| Hudak, John Michael | ) |
| Debtor(s) | ) IN PROCEEDINGS UNDER CHAPTER 7 |
| | ) NOTICE OF UNCLAIMED FUNDS |
| | ) |

TO:      Clerk, United States Bankruptcy Court

FROM:   William A. Leonard, Jr., Trustee

Pursuant to Bankruptcy Rule 3010 and 3011, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy court, and shall be withdrawn as provided in Chapter 129 Title 28, 2042.

| Claim # | Claimant & Claimant's Address | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 2 | PBS Anesthesia<br>840 S Rancho Ste 4#334<br>Las Vegas NV 89106 | $ 4.50 | |
| 4 | Wells Fargo<br>Po Box 60510<br>Los Angeles CA 90060 | | $ 2,340.97 |
| 5 | Wells fargo<br>3300 W Sahara Ave<br>Las Vegas Nv 89102 | | $ 932.64 |
| 7 | Banfield Pet Hosp<br>5160 S Fort Apache Rd<br>Las Vegas NV 89148 | $ 12.52 | |
| | Sub-Totals | $ 17.02 | $ 3,273.61 |
| | Total check | | $ 3,290.63 |

Date:   November 8, 2011

_____
Trustee William A. Leonard, Jr.

RECEIPT #20574   $3290.63